JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE GUTIERREZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SCALA, INC, a Pennsylvania Corporation,<br><br>Defendant. | Case No. 2:23-cv-08124-CAS-AGRx<br><br>Hon. Christina A. Snyder<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that all claims brought by Plaintiff against Defendant are hereby dismissed with prejudice, with the parties to bear their own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: February 7, 2024

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

ORDER